IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00469-WDM

SUZANNE OVERLEE,

    Plaintiff,

v.

WASHINGTON PARK GRILLE, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 3, 2006.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge